IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIQUE TSE,

               Plaintiff,

    v.

WELLS FARGO BANK, et al.,

               Defendants.

NO. C10-4441 TEH

ORDER TO SHOW CAUSE

      Defendants' motions to dismiss and strike are currently pending before the Court. Plaintiff failed to file any opposition papers by the November 15, 2010 deadline. The Court's deputy clerk left a voice-mail message for Plaintiff's counsel on the morning of November 16, 2010. That message has yet to be returned.

      Accordingly, with good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause as to why sanctions should not be imposed, including possible dismissal of this case for failure to prosecute. Plaintiff's show cause response shall be filed on or before **November 29, 2010**. Plaintiff shall also file opposition papers or statements of non-opposition to the pending motions by the same date. The Court will then schedule a reply deadline and hearing date if necessary. Plaintiff's counsel shall register with the Court's electronic case filing system and file these papers electronically.

      If Plaintiff fails to file a timely response to this order, then this case shall be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 11/17/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT