IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIQUE TSE,

          Plaintiff,

    v.

WELLS FARGO BANK, et al.,

          Defendants.

NO. C10-4441 TEH

ORDER SETTING REPLY DEADLINE AND HEARING DATE

The Court is in receipt of Plaintiff's response to its November 17, 2010 order to show cause. In light of the fact that Plaintiff was not properly served with copies of Defendants' pending motions to dismiss and strike, no sanctions will be imposed. Reply briefs in response to Plaintiff's opposition papers shall be filed by Defendants on or before December 13, 2010. The motions will be heard on January 10, 2011, at 10 a.m.

**IT IS SO ORDERED.**

Dated: 12/1/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT