IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIQUE TSE,

          Plaintiff,

     v.

WELLS FARGO BANK, N.A., et al.,

          Defendants.

NO. C10-4441 TEH

ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE

     The Court is in receipt of Plaintiff's motion to remand filed on December 16, 2010. The Court finds it appropriate to resolve issues of subject matter jurisdiction before hearing pending motions. Accordingly, and with good cause appearing, the hearing and case management conference scheduled for January 10, 2011, are CONTINUED until further order of the Court. Plaintiff's motion to remand will be heard as scheduled, and the briefing schedule will proceed according to Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: 12/20/10

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT