1  Law Office of Steven C. Vondran, P.C.
   Steven C. Vondran, Esq. (SBN 232337)
2  620 Newport Center Drive, Suite 1100
   Newport Beach, CA 92660
3  Phone: (949) 689-8752
   Fax: (949) 417-0034
4  Email: Steve@VondranLaw.com
   ATTORNEY FOR PLAINTIFF: Monique Tse
5

   Anglin, Flewelling, Rasmussen, Campbell & Trytten,
6  LLP
   Jeremy E. Shulman, Esq. (SBN 257582)
7  199 So. Los Robles Avenue, Suite 600
   Pasadena, CA, 91101
8  Phone:  (626) 535.1900, Ex. 271
9  Fax:     626.577.7764
   Email:   jshulman@afrct.com
10 ATTORNEY FOR DEFENDANT:
   Wachovia Mortgage, a division of Wells Fargo Bank,
11 N.A.

12 Barrett Daffin Frappier Treder & Weiss, LLP
   Edward A. Treder, Esq. (SBN 116307)
13 20955 Pathfinder Road, Suite 300
   Diamond Bar, California 91765
14 Phone: (626) 915-5714
   Fax: (626) 915-0289
15 Email: edwardt@BDFGroup.com
   ATTORNEY FOR DEFENDANT: NDEX West, LLC
16

17                    UNITED STATES DISTRICT COURT
18
                     NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  MONIQUE TSE, an Individual | Case No. C10-4441 TEH |
| 21              Plaintiff, | |
| 22         vs. | The Honorable Thelton E. Henderson, Courtroom 12 |
| 23  WELLS FARGO BANK, N.A., a California Corporation; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation, NDEX West, LLC, a Delaware Corporation, and DOES 1-1000, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** [~~proposed~~ **order**] |
| 24 | |
| 25 | |
| 26              Defendant(s) | |

27

28

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD;** Plaintiff MONIQUE TSE and Defendant WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. and Defendant NDEX WEST, LLC ("the Parties") hereby stipulate and agree as follows:

WHEREAS a Case management Conference is schedule for February 7, 2011 in the above-referenced courthouse;

WHEREAS the Parties have filed a Joint Case Management statement on or around January 31, 2011;

WHEREAS the Parties have reached a tentative resolution of this action, which requires additional time to finalize;

WHEREAS the Parties anticipate stipulating to a dismissal of this action within 30 days;

WHEREAS the Parties are mindful of this Court's Standing Order requiring a request to reschedule a Case Management Conference to be filed at least ten calendar days prior to the scheduled conference, if possible;

WHEREAS the Parties are submitting this stipulation at the earliest possible time given the status of ongoing negotiations to reach a resolution of this case;

WHEREAS, given good cause, the Parties agree to stipulate to continue the Case Management Conference not less than 30 days, or to a date otherwise convenient to the Court.

**STIPULATION**

1. The undersigned parties hereby consent to continue the Case Management Conference to March 14, 2011 or to a date otherwise convenient to the court as may be set forth in the Order.

Dated: February 2, 2011            LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:    /s/ Steven C. Vondran
       Steven C. Vondran, Esq.
       Steve@VondranLaw.com
       Attorney for Plaintiff Monique Tse

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 2, 2011 | ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP |
| 3 | | |
| 4 | | By:   /s/ Jeremy E. Shulman |
| | | Jeremy E. Shulman, Esq. |
| 5 | | jshulman@afrct.com |
| 6 | | Attorneys for Defendant |
| | | WACHOVIA MORTGAGE, a division of |
| 7 | | WELLS FARGO BANK, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as |
| 8 | | World Savings Bank, FSB, erroneously sued as "Wells Fargo Bank, a California Corporation" |
| 9 | | |
| 10 | Dated:  February 2, 2011 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| 11 | | |
| 12 | | |
| 13 | | By:   /s/ Edward A. Treder |
| | | Edward A. Treder, Esq. |
| 14 | | edwardt@BDFGroup.com |
| 15 | | Attorneys for Defendant NDEX West, LLC |

1 **ORDER**

2  PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED THAT THE CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR FEBRUARY 7, 2011, IS CONTINUED TO MARCH 14, 2011 AT 1:30 P.M.

3

4

5

6

7  Date:    02/02   , 2011

           _____
           THE HON. _____ JUDGE
           UNITED STATES DISTRICT COURT

           *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

CASE NO.: C10-4441-TEH