Law Office of Steven C. Vondran, P.C.
Steven C. Vondran, Esq. (SBN 232337)
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (949) 689-8752
Fax: (949) 417-0034
Email: Steve@VondranLaw.com
ATTORNEY FOR PLAINTIFF: Monique Tse

Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
Jeremy E. Shulman, Esq. (SBN 257582)
199 So. Los Robles Avenue, Suite 600
Pasadena, CA, 91101
Phone: (626) 535.1900, Ex. 271
Fax:     626.577.7764
Email:  jshulman@afrct.com
ATTORNEY FOR DEFENDANT:
Wachovia Mortgage, a division of Wells Fargo Bank, N.A.

Barrett Daffin Frappier Treder & Weiss, LLP
Edward A. Treder, Esq. (SBN 116307)
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
Phone: (626) 915-5714
Fax: (626) 915-0289
Email: edwardt@BDFGroup.com
ATTORNEY FOR DEFENDANT: NDEX West, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE TSE, an Individual<br><br>      Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, N.A., a California Corporation; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation, NDEX West, LLC, a Delaware Corporation, and DOES 1-1000,<br><br>      Defendant(s) | Case No. C10-4441 TEH<br><br>The Honorable Thelton E. Henderson, Courtroom 12<br><br>**STIPULATION PURSUANT TO FED. R. CIV. P. RULE 41(a) DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Monique Tse, defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., and defendant NDEX West, LLC, hereby stipulate to dismiss the above-captioned action with prejudice in its entirety.

2. The undersigned parties consent to the entry of a judgment dismissing the action with prejudice.

Dated: February 17, 2011

LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By: /s/ Steven C. Vondran
Steven C. Vondran, Esq.
Steve@VondranLaw.com
Attorney for Plaintiff Monique Tse

Dated: February 17, 2011

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Jeremy E. Shulman
Jeremy E. Shulman, Esq.
jshulman@afrct.com
Attorneys for Defendant
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., formerly known
as Wachovia Mortgage, FSB, formerly known as
World Savings Bank, FSB, erroneously sued as
"Wells Fargo Bank, a California Corporation"

Dated: February 17, 2011

BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP

By: /s/ Edward A. Treder
Edward A. Treder, Esq.
edwardt@BDFGroup.com
Attorneys for Defendant
NDEX West, LLC

**IT IS SO ORDERED**
02/28/2011
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

00102216

2

CASE NO.: C10-4441-TEH
STIPULATION TO DISMISS ACTION WITH PREJUDICE